UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| MILLER CONSTRUCTION EQUIPMENT SALES, INC., | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | Case No. MC415-013 |
| CLARK EQUIPMENT COMPANY d/b/a DOOSAN INFRACORE CONSTRUCTION EQUIPMENT AMERICA, | | |
| Defendant. | | |

## ORDER

The Court having reviewed and considered the petition of Roberta F. Howell of the law firm of Foley & Lardner LLP, 150 East Gilman Street, Suite 5000, Madison, Wisconsin 53703, for permission to appear pro hac vice on behalf of defendant Clark Equipment Company d/b/a Doosan Infracore Construction Equipment America, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Roberta F. Howell, as counsel of record for defendant Clark Equipment Company d/b/a Doosan Infracore Construction Equipment America, in this case.

SO ORDERED this __22nd__ day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA